**Order entered November 15, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00354-CV

### PAMELLA JOINER, Appellant

### V.

### THE WEITZMAN GROUP, INC., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16489**

### ORDER

Before the Court is appellant's November 14, 2022 unopposed motion for an extension of time to file her opening brief. We **GRANT** the motion and extend the time to **November 21, 2022**.

/s/    KEN MOLBERG
       JUSTICE